

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00086-CV

| | | |
|---|---|---|
| AMERICA SAMMOUR, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (20-6766-462) |
| V. | § | March 31, 2022 |
| JIM S. ADLER AND NATIONWIDE INSURANCE, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant America Sammour shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack